IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. **3:13CR039(1)-TSB** |
| v | : | |
| **MICHAEL JOSEPH ROWE** | : | **ORDER RECALLING ARREST WARRANT** |

Upon Motion of the United States of America and for good cause shown, the Warrant for Arrest of **MICHAEL JOSEPH ROWE** in the above-captioned matter shall be recalled and a Summons shall be issued in its place.

3-15-13
DATE

JUDGE TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT